UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

MICHAEL LENA, )
)
       Plaintiff )
)
v. ) 1:11-cv-00351-JAW
)
J. FRENCH, et al., )
)
       Defendants )

**RECOMMENDED DECISION**

On September 19, 2011, this Court issued an Order granting plaintiff's application to proceed in forma pauperis and directing that he notify the court by October 11, 2011, of his intentions to proceed with this matter. Plaintiff was further advised that failure to fully comply with the Order will result in the issuance of a recommendation to dismiss the Complaint. On September 29, 2011, Lena filed a motion to waive the $350.00 filing fee. While acknowledging that it appeared unlikely that Lena would be able to pay anything toward the filing fee any time soon, I found no basis to waive the filing fee or reconsider my prior order regarding payment of the filing fee. Lena was advised of his right to appeal my order. (See Doc. Nos. 8 & 9.) The Court has heard nothing from Lena since September 30, 2011.

Lena has pursued other litigation relating to his Maine imprisonment on a fugitive warrant from California. (Michael Lena v. Attorney General, Maine, 1:11-cv-00307-GZS). Lena was made well aware of the fact that if he wishes to continue to pursue these issues in the context of a civil lawsuit, as opposed to the free habeas proceeding he previously filed, he would have to "notify the court immediately and arrangements will be made to serve the defendants." (Doc. No. 8). More than two weeks have passed and we have heard nothing from Lena.

Accordingly, it is recommended that the Complaint be <u>DISMISSED</u> for failure to prosecute.

## NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) (1993) for which *de novo* review by the district court is sought, together with a supporting memorandum, within ten (10) days of being served with a copy thereof. A responsive memorandum shall be filed within ten (10) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

Dated October 20, 2003

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge